

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00346-CV

_____

IN RE J.B., Relator

---

Original Proceeding
231st District Court of Tarrant County, Texas
Trial Court No. 231-604940-16

---

Before Bassel, Kerr and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: May 29, 2026